**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

UNITED STATES OF AMERICA                                          **PLAINTIFF**

      **v.**          **Criminal NO. 00-50040-001**

TYJUAN COOPER                                                      **DEFENDANT**

### O R D E R

    Now on this 10th day of March, 2008, this case comes on for reconsideration in light of recent, retroactive changes in the United States Sentencing Guidelines with regard to sentences imposed relative to crack cocaine, and the Court, being well and sufficiently advised, finds and orders as follows:

    1. The Court's review of this file indicates that defendant may be eligible for a reduction in his prison sentence due to the said retroactive changes in the United States Sentencing Guidelines with regard to crack cocaine.

    2. Since defendant is incarcerated and presumptively unable to employ counsel, the Court will hereby appoint the Federal Public Defender of the Western District of Arkansas to notify defendant of this change in the Sentencing Guidelines; to review his file in light of those changes; and, if appropriate and desired by the defendant, to file a motion for reduction of sentence.

    3. In the event such a motion is filed, the Court finds it appropriate to shorten the response time permitted the United

States and directs that the United States respond to any such motion within five (5) business days after its receipt of any such motion.

    4. If warranted, the Court will request the U.S. Probation Office to provide to the Court, with copies to defendant and the United States, an Addendum to the Pre-Sentence Investigation Report before ruling on any such motion. If such an Addendum is requested and submitted, the Court will also direct the U.S. Probation Office to provide to the Court, the defendant and the United States copies of the Initial Pre-Sentence Investigation Report in the case, together with all previous Addenda thereto. Finally, the Court directs that the parties file written responses to the new Addendum within five (5) business days after their receipt of same -- either stating any objection they may have to the Addendum, or that they have no objections to it.

    **IT IS SO ORDERED.**

    /s/ Jimm Larry Hendren
    **JIMM LARRY HENDREN**
    **UNITED STATES DISTRICT JUDGE**